Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-372-109**

**Effective Date of Registration:**
September 22, 2023
**Registration Decision Date:**
November 27, 2023

## Title

        Title of Work: The Siren's Song: Mermay Day 14

## Completion/Publication

    Year of Completion: 2020
  Date of 1st Publication: January 21, 2020
Nation of 1st Publication: Japan

## Author

-           Author: Yasushi Matsuoka
     Author Created: 2-D artwork
        Citizen of: Japan

## Copyright Claimant

  Copyright Claimant: Yasushi Matsuoka
                       #201 Palet Dore, 34-1 Sotoasahikawa Aza Kajinome, Akita-ken, Akita-shi, 010-0802, Japan

## Rights and Permissions

           Name: Yasushi Matsuoka
            Email: contact@yasuartstudio.com
        Address: #201 Palet Dore
                       34-1 Sotoasahikawa Aza Kajinome, Akita-ken
                       Akita-shi 010-0802 Japan

## Certification

           Name: David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-372-059**

Effective Date of Registration:
September 22, 2023
Registration Decision Date:
November 27, 2023

## Title

Title of Work: Moon: Mermay Day 13

## Completion/Publication

Year of Completion: 2019
Date of 1st Publication: December 18, 2019
Nation of 1st Publication: Japan

## Author

- Author: Yasushi Matsuoka
  Author Created: 2-D artwork
  Citizen of: Japan

## Copyright Claimant

Copyright Claimant: Yasushi Matsuoka
#201 Palet Dore, 34-1 Sotoasahikawa Aza Kajinome, Akita-ken, Akita-shi, 010-0802, Japan

## Rights and Permissions

Name: Yasushi Matsuoka
Email: contact@yasuartstudio.com
Address: #201 Palet Dore
34-1 Sotoasahikawa Aza Kajinome, Akita-ken
Akita-shi 010-0802 Japan

## Certification

Name: David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-372-108**

**Effective Date of Registration:**
September 22, 2023
**Registration Decision Date:**
November 27, 2023

## Title
  Title of Work: Virgo: The Mermaid Zodiac

## Completion/Publication
  Year of Completion: 2020
  Date of 1st Publication: August 23, 2020
  Nation of 1st Publication: Japan

## Author
  - Author: Yasushi Matsuoka
    Author Created: 2-D artwork
    Citizen of: Japan

## Copyright Claimant
  Copyright Claimant: Yasushi Matsuoka
  #201 Palet Dore, 34-1 Sotoasahikawa Aza Kajinome, Akita-ken, Akita-shi, 010-0802, Japan

## Rights and Permissions
  Name: Yasushi Matsuoka
  Email: contact@yasuartstudio.com
  Address: #201 Palet Dore
  34-1 Sotoasahikawa Aza Kajinome, Akita-ken
  Akita-shi 010-0802 Japan

## Certification
  Name: David Denholm

Page 1 of 2

