IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YASUSHI MATSUOKA, | |
| Plaintiff, | Case No.: 1:24-cv-01006 |
| v. | Judge Jorge L. Alonso |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Heather K. McShain |
| Defendants. | |

## DECLARATION OF SERVICE

I, Keith A. Vogt, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff, Yasushi Matsuoka ("Matsuoka" or "Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. This Court entered an Order permitting Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronic publication or by sending an e-mail to the e-mail addresses identified in Exhibit 2 to the Declaration of Yasushi Matsuoka and any email addresses provided for Defendants by third parties that includes a link to said website.

3. I hereby certify that on February 22, 2024, I sent an e-mail containing a copy of the Complaint, TRO, Summons, Preliminary Injunction Motion, Notice of Motion, and Memorandum in Support of Preliminary Injunction to the e-mail addresses associated with accounts at the Amazon Payments, Inc. ("Amazon"), Temu, LLC ("Temu"), Walmart Inc. ("Walmart"), and

ContextLogic, Inc. d/b/a Wish.com ("WISH") marketplaces, as identified in Exhibit 2 to the Declaration of Yasushi Matsuoka as being related to the defendants.

4. I hereby certify that on or before February 22, 2024, I electronically published the Complaint, TRO, and Summons on a website. I hereby certify that I will electronically publish the Preliminary Injunction Motion, Notice of Motion, and Memorandum in Support of Preliminary Injunction on said website.

5. I hereby certify that on February 22, 2024, I sent an e-mail containing a copy of the Complaint, TRO, Summons, Preliminary Injunction Motion, Notice of Motion, and Memorandum in Support of Preliminary Injunction to the e-mail addresses associated with accounts at the Amazon, Temu, Walmart, and WISH marketplaces, as identified and provided by third parties for Defendants that includes a link to said website.

6. The completed Return of Service form is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 22, 2024.

*/s/ Keith A. Vogt*
Keith A. Vogt
*Counsel for Plaintiff*